■ BERNARD BLAU, as Administrator of the Estate of SAMUEL BLAU, Deceased, Appellant, v. JACK LEVINE, Respondent.—

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.